# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL NO.:3:06mj168(HBF)** |
| V. | : | |
| MICHAEL LONGO | : | **August 4, 2006** |

## WAIVER OF PROBABLE CAUSE HEARING

**MICHAEL LONGO**, the defendant in the above caption matter, having been fully advised of his rights, does hereby knowingly and intelligently waive those rights insofar as they entitle him to a Probable Cause Hearing up to and including August 29, 2006.

8/4/06
Date

_____
MICHAEL LONGO

8/4/06
Date

_____
Francis L. O'Reilly
87 Ruane Street
Fairfield, CT 06430
203-319-0707
Fed. Bar No. CT17505



GRANTED absent objection

Holly B. Fitzsimmons
U.S. Magistrate Judge

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage paid, this date to the following:

Hal Chen, Esq.
United States Attorney's Office
District of Connecticut
915 Lafayette Blvd.
Bridgeport, Ct 06604

By: _____
    Francis L. O'Reilly